# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED

4:59 pm, 6/26/25

**Margaret Botkins**
**Clerk of Court**

| UNITED STATES OF AMERICA | |
|---|---|
| vs | Case Number(s): L:25-PO-00329-SAH-1 |
| SEAN M BUTLER | Defendant's Attorney(s)<br>Tracy Hucke (limited capacity, not officially appointed) |

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT pled guilty to violations E1480511, E1480512, E1480513 and E1480514.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Violation Number |
|---|---|---|---|
| 36CFR2.10(b)(10) | Camping in an undesignated area | 06/25/2025 | E1480511 |
| WSS31-4-101(a)(i) | No vehicle registration | 06/25/2025 | E1480512 |
| WSS31-4-103 (a-b) | No insurance | 06/25/2025 | E1480513 |
| WSS31-7-134(a) | Operating a motor vehicle under a suspended or revoked license | 06/25/2025 | E1480514 |

The defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **N/A**

June 26, 2025
Date of Imposition of Sentence

*Scott P. Klosterman*
Scott Klosterman
United States Magistrate Judge

06-26-2025
Date

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of three years.

While on probation, the defendant shall not commit another federal, state, tribal, or local crime.

The defendant is banned from entering the exterior boundaries of Yellowstone National Park for a period of three years.

The defendant shall maintain current contact information with the Court including where he is residing. Email YNP_DC@wyd.uscourts.gov with any updates.

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Citation Number | Assessment | Processing Fee | Restitution | Community Service Payment | Fine | Total Amount Due |
|---|---|---|---|---|---|---|
| E1480511 | REMITTED | | | | 0.00 | |
| NOTES: | | REMITTED | | | | |
| E1480512 | REMITTED | | | | 0.00 | |
| NOTES: | | | | | | |
| E1480513 | REMITTED | | | | 0.00 | |
| NOTES: | | | | | | |
| E1480514 | REMITTED | | | | 0.00 | |
| NOTES: | | | | | | |

**Totals:**

## FINE, RESTITUTION, and COMMUNITY SERVICE PAYMENT

The fine and/or restitution includes any costs of incarceration and/or supervision. The fine, which is due immediately, is inclusive of all penalties and interest, if applicable. Restitution, if applicable, is for response, assessment, restoration and monitoring activities for injuries to park system resources.

The defendant shall pay interest on any fine and/or restitution of more than Two Thousand Five Hundred Dollars ($2,500.00), unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

The court has determined that the defendant does not have the ability to pay interest or penalties and it is ordered that:

    The interest and penalties not be applied to fine and/or restitution.